**Order entered December 23, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01237-CV

### MICHAEL BLOOM, Appellant

### V.

### SANDRA M. SWANGO, Appellee

### On Appeal from the Probate Court No. 3
### Dallas County, Texas
### Trial Court Cause No. PR-14-01380-3

## ORDER
Before Chief Justice Wright and Justices Lang-Miers and Stoddart

We **DENY** appellant's November 10, 2014 motion for stay and/or writ of prohibition and

November 17, 2014 first supplement to motion.


/s/     CRAIG STODDART
          JUSTICE